reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. No opinion.

Frederick A. Jones, Appellant, v. William H. Woodin and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion.

August Zinsser and Frederick G. Zinsser, Respondents, v. Reinhart G. Koch and Reinhart G. Koch, Jr., Individually and as Trustees and Directors of the Peerless Cork and Seal Company, and Others, Appellants. (Appeal No. 1.)— Order affirmed, with ten dollars costs and disbursements, No opinion.

August Zinsser and Frederick G. Zinsser, Respondents, v. Reinhart G. Koch and Reinhart G. Koch, Jr., Individually and as Trustees and Directors of the Peerless Cork and Seal Company and Others, Appellants. (Appeal No. 2.)— Order affirmed, without costs. No opinion.

Consolidated Tea Company, Appellant, v. Isaac Goldberg, Respondent. — Order affirmed, with ten dollars costs and disbursements. No opinion.

The People of the State of New York ex rel. Walter R. Barling, Appellant, v. The Board of Education of the City of New York, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Helen R. Zeggio and Mary R. Albee, Respondents, v. Duryea Remsen Robinson and Edward E. Perkins, Individually and as Executors and Trustees under the Last Will and Testament of Phebe H. Robinson, Deceased, Appellants, Impleaded with Brace Cables Reed and Francis Cables Reed, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Martin Myles, an Infant, by Christopher Myles, His Guardian ad Litem, Respondent, v. The American Luxfer Prism Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

David Harris, Respondent, v. United States Raincoat Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

William Kalish, Respondent, v. Annie Kalish, Appellant. — Order affirmed, with ten dollars costs and disbursements. No opinion.

The People of the State of New York ex rel. New York Mercantile Exchange, Appellant, v. Hon. Daniel F. Murphy, as a Magistrate of the City of New York, Respondent.— Order affirmed. No opinion.

Lincoln G. Valentine, Respondent, v. A. Edward Wupperman, Appellant, Impleaded with Charles Schmidt.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Martin Rothbarth and Others, Respondents, v. Felix Herzfeld and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Edwin P. Shattuck, as Receiver of the New York Investment and Improvement Company, Respondent, v. Guardian Trust Company of New York, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Annie Zimmerman, Respondent, v. Adam Zimmerman, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.